IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02034-WYD-CBS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

PATTERSON-UTI DRILLING COMPANY, LP, LLLP,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the "Unopposed Motion to Withdraw Motion to Quash and Vacate Hearing" (*doc. no. 18)* is **GRANTED**. The "Motion to Quash Subpoena Duces Tecum" (*doc. no. 12)* is **WITHDRAWN**.

    IT IS FURTHER ORDERED that the motion hearing set for June 23, 2008 is **VACATED**.

**DATED:**    June 3, 2008