IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02034-WYD-CBS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

PATTERSON-UTI DRILLING COMPANY, LP, LLLP,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

IT IS HEREBY ORDERED that parties' "Consent Protective Order" (filed as a "Joint Motion for Protective Order") (*doc. no. 23*) is DENIED for failure to comply with District of Colorado ECF Procedure V.L

Before refiling parties should note the following steps:

1) Need to file a Motion for Protective Order;
2) Need to attach the stipulated protective order as an *attachment* to the Motion; and
3) Need to email a copy of the stipulated protective order in either, Word or Word Perfect format, to Shaffer_Chambers@cod.uscourts.gov.

Parties are directed to contact the ECF Help Desk at 303.335.2050 for further assistance.

**DATED:**    June 12, 2008