# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-02034-WYD-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: September 25, 2008 | Courtroom Deputy: Ben Van Dyke |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Nancy A. Weeks, via telephone |
| **Plaintiff,** | |
| v. | |
| PATTERSON-UTI DRILLING COMPANY LP, LLLP, | John C. Lowrie, via telephone |
| **Defendant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** TELEPHONIC STATUS CONFERENCE
**Court in Session:** 1:30 p.m.
Court calls case. Appearances of counsel.

Counsel discuss with the court the Motion for Limited Extension of Discovery Deadline to Conduct 30(b)(6) Deposition [filed September 17, 2008; doc. 36].

**ORDERED:** The Motion for Limited Extension of Discovery Deadline to Conduct 30(b)(6) Deposition [filed September 17, 2008; doc. 36] is granted for the reasons stated on the record.

**ORDERED:** The discovery cutoff is extended to October 24, 2008. However, all discovery activity is stayed pending the conference with the court set for October 2, 2008 at 8:45 a.m.

Counsel shall review their current discovery stances and further meet and confer regarding remaining discovery disputes prior to a further conference with the court.

**ORDERED:** Telephonic Status Conference set for October 2, 2008 at 8:45 a.m. Counsel shall create a conference call and then contact the court at (303) 844-2117 to participate in the conference.

HEARING CONCLUDED.

**Court in recess:**     **2:45 p.m.**                                Total time in court:    01:15

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.