IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02034-WYD-CBS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

PATTERSON-UTI DRILLING COMPANY, LP, LLLP,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court by stipulation. The Court having reviewed the stipulation, it is hereby

ORDERED that the Stipulated Motion to Dismiss Claim of Constructive Discharge [doc. #48, filed November 26, 2008] is **GRANTED**. The claim for constructive discharge, the second claim in the Complaint, is **DISMISSED**, each party to bear its own attorney's fees and costs. The Court also notes that Plaintiff no longer seeks backpay and front pay as forms of relief.

    Dated: December 1, 2008

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge