IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02034-WYD-CBS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

PATTERSON-UTI DRILLING COMPANY, LP, LLLP,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Vacate and Reschedule the Pretrial Conference (*doc. #53*) is GRANTED. The final pretrial conference set for December 22, 2008 is **VACATED** and **RESET** to **January 30, 2009 at 9:00 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Parties are directed to submit a proposed final pretrial order no later than 5 days prior to the scheduled conference.

    Counsel are advised that this court construes FED.R.CIV.P. 16(d) as requiring physical attendance of trial counsel at the final pretrial conference.

**DATED:**    December 3, 2008