**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 07-cv-02034-WYD-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  July 22, 2009** | **Courtroom Deputy:**  Linda Kahoe |

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

      Plaintiff,

      v.

PATTERSON-UTI DRILLING COMPANY LP,
LLLP,

THE COLORADO DEPARTMENT OF
LABOR AND EMPLOYMENT,

      Defendants.

Rita Byrnes Kittle
David Andrew Winston

Peter F. Munger

*No appearance*

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:       9:55 a.m.**
Court calls case. Appearances of counsel. John Lowrie is present via telephone. Also present is Nancy Weeks.

Discussion and arguments regarding the pending Motion to Amend, the Response and the Reply.

The court sites relevant case law.

For the reasons as stated on the record, it is

**ORDERED:   Defendant's Motion to Amend Pre-Trial Order (doc #[80], filed 7/9/2009) is GRANTED.  The court construes the motion as a motion for leave to file objections out of time.  Defendant's objections must be filed by the close of business today.**

HEARING CONCLUDED.
**Court in recess**:        **10:32 a.m.**
Total time in court:     00:37

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.