UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  07-cv-02034-WYD-CBS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

PATTERSON-UTI DRILLING COMPANY, LP, LLLP,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Joint Motion to Dismiss [doc. #120], filed August 7, 2009.  The Court having reviewed the Motion and being fully advised in the premises therein, it is hereby

ORDERED that the Joint Motion to Dismiss [doc. #120], filed August 7, 2009, is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs.

Dated:  August 10, 2009

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Chief United States District Judge